# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| JOSEPH EDWARD MALLOY, IV | * | Case Number: 12-30020-RAG |
| Debtor. | * | Chapter 7 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

MARK J. FRIEDMAN, Chapter 7 Trustee of the  \*
Bankruptcy Estate of Joseph Edward Malloy, IV  \*
DLA Piper LLP (US)  \*
6225 Smith Avenue  \*
Baltimore, Maryland 21209  \*

    Plaintiff,  \*

v.  \*   Adv. Proc. No.:

LENDING CLUB CORPORATION  \*
71 Stevenson, Suite 300  \*
San Francisco, California 94105  \*

    SERVE ON:  \*

CSC-Lawyers Incorporating Service Co.  \*
7 St. Paul Street, Suite 1660  \*
Baltimore, Maryland 21202  \*

    Defendant.  \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT FOR AVOIDANCE AND RECOVERY
## OF PREFERENTIAL TRANSFERS

Plaintiff Mark J. Friedman, Chapter 7 trustee (the "Trustee") for the Bankruptcy Estate of Joseph Edward Malloy, IV (the "Debtor"), through his undersigned counsel, hereby sues Lending Club Corporation (the "Defendant") and files this *Complaint to Avoid and Recover Preferential Transfers*. In support hereof, the Trustee states as follows:

**Preliminary Statement**

The Trustee seeks to avoid and recover for the Bankruptcy Estate of Joseph Edward Malloy, IV, a transfer of the Debtor's funds to the Defendant in the ninety (90) days prior to the filing of the Debtor's bankruptcy petition.

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 544, 547 and 550.

2. Venue is proper pursuant to 28 U.S.C. § 1409.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**PARTIES AND BACKGROUND**

4. On November 6, 2012, the Debtor filed a voluntary Petition for relief under Chapter 7 of the United States Bankruptcy Code.

5. The Trustee was appointed as the interim trustee pursuant to Section 701 of the Bankruptcy Code and became the permanent Trustee pursuant to the operation of Section 702(d) of the Bankruptcy Code.

6. The Defendant is a corporation licensed to do business in the State of Maryland and is, in fact, conducting business in the State of Maryland. The resident agent for the Defendant is CSC-Lawyers Incorporating Service Company, whose mailing address is 7 St. Paul Street, Suite 1660, Baltimore, Maryland 21202.

7. At all relevant times, the Defendant was a creditor of the Debtor.

8. In the ninety (90) day period preceding the Petition Date, the Debtor transferred property to the Defendant, including through the payment of money by online payment (the "Transfers"), in the amount of $3,426.44.

## COUNT I – Avoidance and Recovery of Preferential Transfers
## Pursuant to 11 U.S.C. §§547 and 550

9. Paragraphs 1 through 8 are incorporated by reference into this count as if fully set forth herein.

10. The receipt of the Transfers constitutes transfers of the Debtor's property;

   a. to or for the benefit of the Defendant, who was a creditor of the Debtor at the time of the receipt of the Transfers;

   b. for or on account of an antecedent debt owed by the Debtor to the Defendant before such transfer was made;

   c. made while the Debtor was insolvent;

   d. made within the ninety (90) day period before the Petition Date; and

   e. that enabled the Defendant, the creditor, to recover more than she would have received as a creditor if: (i) the bankruptcy case was a case under Chapter 7 of the Bankruptcy Code; (ii) the receipt of the Transfers had not been made; and (iii) the Defendant received payment of the debt to the extent provided by the provisions of Title 11.

11. Pursuant to 11 U.S.C. §§ 547 and 550, the Trustee is entitled to avoid the Transfers and to recover the value thereof from the Defendant.

WHEREFORE, for the foregoing reasons, the Trustee respectfully requests that this Court:

   A. Avoid the Transfers;

   B. Enter judgment in favor of the Trustee and against the Defendant in the amount of $3,426.44, together with any costs of this action; and

   C. Grant such other and further relief as is just and appropriate under the circumstances.

Respectfully submitted,

Date: July 10, 2013

/s/     Regan K. La Testa
Mark J. Friedman, Esquire (Bar No. 00102)
Regan K. La Testa, Esquire (Bar No. 26132)
DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone: (410) 580-3000
Facsimile:  (410) 580-3001

Attorneys for Plaintiff Mark J. Friedman, Chapter 7 Trustee of the Bankruptcy Estate of Joseph Edward Malloy, IV