IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| JOSEPH EDWARD MALLOY, | * | Case No.  12-30020-RAG |
| Debtor. | * | Chapter 7 |
| * * * * * | | |
| MARK J. FRIEDMAN, | * | |
| Plaintiff, | * | |
| v. | * | Adversary No.:  13-0389-RAG |
| LENDING CLUB CORPORATION, | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**NOTICE OF DISMISSAL OF COMPLAINT
AGAINST DEFENDANT**

Mark J. Friedman, Chapter 7 Trustee for the bankruptcy estate of Joseph Edward Malloy, hereby dismisses the Chapter 7 Trustee's Complaint against the Defendant without prejudice.

Date:  September 25, 2013.

/s/     Mark J. Friedman
Mark J. Friedman (000102)
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000
Chapter 7 Trustee for the Bankruptcy Estate of Joseph Edward Malloy, IV

EAST\59302611.1

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2013, a copy of the foregoing Notice of Dismissal was sent via first class mail, postage pre-paid to the following:

Mark A. Neal, Esquire
Acting Assistant U.S. Trustee
300 West Pratt Street, Suite 350
Baltimore, Maryland 21201

Lending Club Corporation
71 Stevenson, Suite 300
San Francisco, California 94105

CSC-Lawyers Incorporating Service Co.
7 St. Paul Street, Suite 1660
Baltimore, Maryland 21202

/s/ Mark J. Friedman
Mark J. Friedman

EAST\59302611.1